772 A.2d 413

**CITY OF ALLENTOWN, Appellee,**

v.

**MSG ASSOCIATES, INC., Appellant.**

Supreme Court of Pennsylvania.

Argued April 30, 2001.

Decided May 10, 2001.

Michael A. Gaul, Allentown, for MSG Associates, Inc.

Martin J. Danks, Slatington, for City of Allentown.

John P. McLaughlin, Rebecca L. Lightman, Philadelphia, for Pennsylvania League of Cities and Municipalities.

Before FLAHERTY, C.J., ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice CAPPY dissents.